

**THE CITY OF NEW YORK**

MICHAEL A. CARDOZO
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

JOSHUA C. CHAO
Phone: (212) 788-0898
Fax: (212) 788-0940
JChao@law.nyc.gov

**MEMO ENDORSED**

April 1, 2005

**BY HAND DELIVERY**
Hon. Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street, Room 706
New York, New York 10007

Re: *Esther Yang v. State of New York, et al.*
04-CV-5460

*Application for extension granted.*

FILED APR 04 2005

SO ORDERED:
Date: 4/4/05
Richard M. Berman
Richard M. Berman, U.S.D.J.

Dear Judge Berman:

    I am the Assistant Corporation Counsel assigned to represent the City of New York in the above-referenced action. I write on behalf of State and City defendants ("Defendants") regarding plaintiff's submission entitled "Reconsideration," dated March 18, 2005, which was filed with the Court on March 18, 2005, and served on Defendants on March 21, 2005.

    Defendants served a motion to dismiss in the above-referenced action on October 12, 2004. As your Honor noted in your memo endorsement, dated February 23, 2004, as of that date, plaintiff had not filed opposition to defendants' motion. Should your Honor recognize plaintiff's March 18, 2005 submission as opposition to defendants' joint motion to dismiss, Defendants respectfully request until April 15, 2005 to make their reply, if necessary.

    Thank you for this consideration.

Respectfully submitted,

JOSHUA C. CHAO
Assistant Corporation Counsel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/05

cc: <u>BY EMAIL AND FIRST CLASS MAIL</u>
Constantine Speres
Assistant Attorney General
120 Broadway
New York, NY 10271

<u>BY EMAIL AND FIRST CLASS MAIL</u>
Esther Yang
Plaintiff, *Pro Se*
P.O. Box 20138 DHCC
New York, NY 10017